|  |  |  |
|---|---|---|
| LEAH WALKER, on behalf of himself and all others similarly situated, | ) ) ) | **United States District Court** **Northern District of Illinois** |
| Plaintiffs, | ) ) ) | Case No.: 1:25-cv-9830 |
| v. | ) ) |  |
| Alembika USA LLC, | ) ) | **NOTICE OF SETTLEMENT** |
| Defendant. | ) ) ) |  |

     **PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: April 10, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (929) 442-2154
Email: achan@ealg.law